UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ARDELL JOSHUA SHAW, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> KENNETH QUINN, ) <br> ) <br> Respondent. ) <br> _____ ) | CASE NO.   C06-424-JLR-JPD <br><br> ORDER GRANTING PETITIONER'S <br> MOTION FOR EXTENSION OF TIME |

This is a federal habeas action filed pursuant to 28 U.S.C. § 2254. This matter comes before the Court on petitioner's motion for an extension of time to file a response to respondent's answer to petitioner's federal habeas petition. The Court, having review petitioner's motion, and the balance of the record, does hereby find and ORDER as follows:

(1) Petitioner's motion for an extension of time to file a response to respondent's answer (Dkt. No. 16) is GRANTED. Petitioner's is directed to file and serve his response not later than *December 8, 2006*.

(2) Respondent may file and serve any reply to petitioner's response not later than *December 15, 2006*.

ORDER GRANTING PETITIONER'S
MOTION FOR EXTENSION OF TIME
PAGE - 1

(3) Petitioner's federal habeas petition (Dkt. No. 6) is RE-NOTED on the Court's calendar for consideration on *December 15, 2006*.

(4) Petitioner's motion for summary judgment (Dkt. No. 14) is STRICKEN as moot.

(5) The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Honorable James L. Robart.

DATED this 3rd day of October, 2006.

*James P. Donohue*
———————————————
JAMES P. DONOHUE
United States Magistrate Judge

ORDER GRANTING PETITIONER'S
MOTION FOR EXTENSION OF TIME
PAGE - 2